NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: ALFRED MILLER CONTRACTING COMPANY,**
*Appellant*

---

2020-1891

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/014,083, 90/014,129.

---

**JUDGMENT**

---

KATARZYNA BROZYNSKI, Brozynski & Dalton, PC, Plano, TX, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld. Also represented by MAI-TRANG DUC DANG, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 12, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |